# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2014

Robert P. Young, Jr.,
Chief Justice

149852(21)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ESTATE OF LUELLA EHRLINGER, by its
Personal Representative, SHERRI WILSON,
        Plaintiff-Appellee,

v

PHILLIP A. DEAN, M.D., and MID-MICHIGAN
SURGICAL SPECIALISTS, P.C.,
        Defendants-Appellants,
and

COVENANT MEDICAL CENTER, INC.,
        Defendant.
_____/

SC: 149852
COA: 320417
Saginaw CC: 13-019719-NH

      On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply brief in support of the leave application is GRANTED. The brief will be accepted as timely filed if filed on or before October 3, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2014

